Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Raymond Perreault

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Perreault, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Big Time Recovery, LLC, <br><br> Defendant. | CASE No. 3:19-CV-00475-JLS-BLM <br><br> **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Raymond Perreault and Defendant Big Time Recovery, LLC ("the Parties") hereby move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii). Each party shall bear his/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

//

//

WHEREFORE, the Parties respectfully request that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Date: February 6, 2020                    **KAZEROUNI LAW GROUP, APC**

                                          By: s/ Yana A. Hart
                                              Yana A. Hart, Esq.
                                              *Attorneys for Plaintiff*


Date: February 6, 2020                    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                          By: s/ Jessica R. K. Dorman
                                              Jessica R. K. Dorman, Esq.
                                              *Attorneys for Defendant*


### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jessica R. K. Dorman, counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Date: February 6, 2020                    **KAZEROUNI LAW GROUP, APC**

                                          By: s/ Yana A. Hart
                                              Yana A. Hart, Esq.
                                              *Attorneys for Plaintiff*