# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PERREAULT and JULIE FRISINO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG TIME RECOVERY, LLC,<br><br>Defendant. | Case No.: 19-CV-475 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>(ECF No. 41) |

Presently before the Court is Plaintiff Raymond Perreault and Defendant Big Time Recovery, LLC's Joint Motion for Dismissal of Action with Prejudice as to the Named Plaintiff and Without Prejudice as to the Putative Class ("Joint Mot.," ECF No. 41). Good cause appearing, the Court **GRANTS** the Joint Motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). As requested by the Parties, the Court **DISMISSES WITH PREJUDICE** this action as to Mr. Perreault and **DISMISSES WITHOUT PREJUDICE** this action as to the putative class, with each Party to bear its own costs.

**IT IS SO ORDERED.**

Dated: February 7, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge